**FILED**

12/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0591

JOSHUA F. CLARK,

      Plaintiff and Appellant,

      v.

MISSOULA COUNTY SHERIFF TERRY
J. MCDERMOTT, the COUNTY OF
MISSOULA, MONTANA, and HUMAN
RIGHTS COMMISSION,

      Defendants and Appellees.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

      Ronald A. Reep, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, Mr. Slovak's order of mediator appointment is hereby rescinded and

      IT IS ORDERED THAT **W. CARL MENDENHALL,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this 23rd day of December, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Quentin M. Rhoades, qmr@montanalawyer.com
      Steven S. Carey, steve@carey-law.com
      David T. Lighthall, dave@carey-law.com
      Quinlan L. O'Connor, qoconnor@mt.gov
      Richard A. Reep, reep@westernmontanalaw.com
      W. Carl Mendenhall, carlmendenhall@gmail.com